DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
JENNIFER BRETAN (CSB No. 233475)
jbretan@fenwick.com
ALISON C. JORDAN (CSB No. 311081)
ajordan@fenwick.com
JORDAN BRADFORD-SHIVERS (CSB No. 327461)
jbradford-shivers@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

Attorneys for Defendants Chuck Robbins, Mark Chandler,
Francine Katsoudas, Kelly A. Kramer, M. Michele Burns,
Wesley G. Bush, Michael D. Capellas, Mark Garrett, Dr.
Kristina M. Johnson, Roderick C. McGeary, Arun Sarin,
KBE, Brenton L. Saunders, Dr. Lisa Su and Nominal
Defendant Cisco Systems, Inc.

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD SANCHEZ, derivatively on behalf of CISCO SYSTEMS, INC. <br><br> Plaintiff, <br><br> v. <br><br> CHUCK ROBBINS, MARK CHANDLER, FRANCINE KATSOUDAS, KELLY A. KRAMER, M. MICHELE BURNS, WESLEY G. BUSH, MICHAEL D. CAPELLAS, MARK GARRETT, DR. KRISTINA M. JOHNSON, RODERICK C. MCGEARY, ARUN SARIN, KBE, BRENTON L. SAUNDERS, DR. LISA SU, and DOES 1-30, <br><br> Defendants. <br><br> —and— <br><br> CISCO SYSTEMS, INC., <br><br> Nominal Defendant. | Case No.: 5:20-cv-07728-NC <br><br> **STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1(a) TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT** <br><br> Date Action Filed:  September 24, 2020 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

1    Pursuant to Civil Local Rule 6-1(a), plaintiff Edward Sanchez ("plaintiff") and nominal

2  defendant Cisco Systems, Inc. ("Cisco" or the "Company") and individual defendants Chuck

3  Robbins, Mark Chandler, Francine Katsoudas, Kelly A. Kramer, M. Michele Burns, Wesley G.

4  Bush, Michael D. Capellas, Mark Garrett, Dr. Kristina M. Johnson, Roderick C. McGeary, Arun

5  Sarin, KBE, Brenton L. Saunders, and Dr. Lisa Su (together with Cisco, "defendants"), by and

6  through their respective counsel of record, hereby stipulate as follows:

7    WHEREAS, plaintiff filed the Shareholder Derivative Complaint (the "Complaint") in

8  Santa Clara Superior Court on September 24, 2020;

9    WHEREAS, Cisco was served with the summons and Complaint on October 5, 2020;

10    WHEREAS, the individual defendants were served with the summons and Complaint on

11  October 28, 2020;

12    WHEREAS, defendants removed this action to federal court on November 2, 2020 (Dkt.

13  No. 1);

14    WHEREAS, on November 2, 2020, this Court issued a sua sponte referral for purposes of

15  determining whether this action is related to *City of Pontiac General Employees' Retirement*

16  *System v. Bush, et al.*, Case No. 4:20-cv-06651-JST ("*City of Pontiac*") (Dkt. No. 7);

17    WHEREAS, based on the date of service and defendants' removal of this action, Cisco's

18  responsive pleading deadline is currently November 9, 2020;

19    WHEREAS, based on the date of service and defendants' removal of this action, the

20  individual defendants believe their responsive pleading deadline is currently November 18, 2020;

21    WHEREAS, by entering into this Stipulation, the parties do not waive any rights not

22  specifically addressed herein, including the right to file any motion that any party deems

23  appropriate;

24    WHEREAS, pursuant to Civil Local Rule 6-1(a), the parties may stipulate to extend the

25  time within which to answer or otherwise respond to the Complaint without a court order;

26    WHEREAS, in light of the foregoing, the parties have met and conferred and agreed that

27  defendants' time to respond to the Complaint, or to move to stay any such response, shall be

28  extended until at least December 1, 2020 while the parties meet and confer regarding an

FENWICK & WEST LLP
ATTORNEYS AT LAW

1  appropriate case schedule.

2  ACCORDINGLY, IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-1(a), by and

3  between the undersigned counsel for the parties, that the time for each defendant to answer, move

4  or otherwise respond to the Complaint, or to move to stay any such response, is extended until at

5  least December 1, 2020.

6

7  Dated:   November 6, 2020

FENWICK & WEST LLP

8  By: /s/      *Jennifer C. Bretan*
          Jennifer C. Bretan

9

10  555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

11

12  Attorneys for Defendants Chuck Robbins, Mark
Chandler, Francine Katsoudas, Kelly A. Kramer, M.
Michele Burns, Wesley G. Bush, Michael D.

13  Capellas, Mark Garrett, Dr. Kristina M. Johnson,
Roderick C. McGeary, Arun Sarin, KBE, Brenton L.

14  Saunders, Dr. Lisa Su and Nominal Defendant Cisco
Systems, Inc.

15  Dated:   November 6, 2020

BOTTINI & BOTTINI, INC.

16  By: /s/ *Francis A. Bottini, Jr.*
          Francis A. Bottini, Jr.

17

18  BOTTINI & BOTTINI, INC.
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037

19

20  Attorneys for Plaintiff Edward Sanchez

21

                                        ***

22

23  Pursuant to Local Rule No. 5-1(i)(3), all signatories concur in filing this stipulation.

24  Dated:   November 6, 2020      By: /s/      *Jennifer C. Bretan*
                                               Jennifer C. Bretan

25

26

27

28

STIPULATION TO EXTEND DEADLINE
TO RESPOND TO COMPLAINT

2

Case No.: 5:20-cv-07728-NC